IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. BRANDON JAYJOSEPH WHITE, Defendant. | Cause No. CR 13-91-BLG-SPW ORDER |

On August 28, 2018, Defendant White moved for early termination of supervised release.

White's sentence for trafficking in methamphetamine included a three-year term of supervised release. *See* Judgment (Doc. 36) at 3. He completed his prison term and began supervised release on October 8, 2015. He committed ten violations, dating from November 6, 2015—less than a month after his release from prison—to May 7, 2017. On June 16, 2017, his supervised release was revoked, and he was returned to prison for 95 days, to be released on August 23, 2017. *See* Revocation Judgment (Doc. 53) at 1-4.

Exactly one year later, *see* 18 U.S.C. § 3583(e)(1), White moves for early termination. While the Court appreciates and commends the work he describes in his motion, *see* Mot. for Early Termination (Doc. 55) at 2 ¶¶ I-II, one year is not

1

enough to instill confidence in his rehabilitation. This is no slight on White's character or abilities. Ending addiction is a difficult thing. It takes time. Continued supervision is appropriate.

Accordingly, IT IS HEREBY ORDERED that White's motion for early termination of supervised release (Doc. 55) is DENIED.

DATED this 20th day of August, 2018.

Susan P. Watters
United States District Court